# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Frederick A. Cooper dba Fred's Water Ice     CHAPTER 13
               Debtor(s)

BKY. NO. 20-11995 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BAYVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                                     Respectfully submitted,
                                     **/s/ Rebecca A. Solarz Esquire**
                                     Rebecca A Solarz, Esquire
                                     Kevin G. McDonald, Esquire
                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106-1532
                                     (215) 627-1322